UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS R. SANSO,

      Plaintiff,

v.                                    Case No:  6:12-cv-796-Orl-22TBS

CITY OF CASSELBERRY,

      Defendant.

_____

## <u>ORDER</u>

Before the Court is Defendant's Motion to Compel Production of Records from Non-Party. (Doc. 25). On July 29, 2013, Defendant served a subpoena duces tecum seeking production of the desired records on Physicians Associates. (Doc. 25, p. 8). Physicians Associates responded, indicating that it would not turn over Plaintiff's records unless Plaintiff consented or a court ordered their production. (Doc. 25, p. 18). Defendant has sought a privacy waiver from Plaintiff, but Plaintiff has not provided one. (Doc. 25, p. 6). Defendant now requests the court to enter an order compelling non-party Physicians Associates to produce Plaintiff Carlos R. Sanso's medical records.

Discovery of non-parties by subpoena is governed by Federal Rule of Civil Procedure 45. Under that rule, when a non-party objects to production of documents under a subpoena, the requesting party may "at any time, on notice to the [non-party], … move the issuing court for an order compelling production or inspection." FED. R . CIV. P. 45(c)(2)(B)(i). The record does not show that Defendant has provided notice of this motion to Physicians Associates. Accordingly, the Motion is **DENIED WITHOUT**

PREJUDICE. Cf. Keywell Corp. v. Piper & Marbury, LLP, No. 96-cv-0660E(SC), 1997 WL 627636, at *8 (W.D.N.Y. Oct. 6, 1997).

DONE and ORDERED in Orlando, Florida on September 30, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record